# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-00494-RJC-DSC

| | |
|---|---|
| DUKE ENERGY CAROLINAS LLC et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BNSF RAILWAY COMPANY et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Sami H. Rashid and Stephen R. Neuwirth]" (documents ## 5 and 6) filed October 21, 2019. For the reasons set forth therein, the Motions will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: October 22, 2019

_____
David S. Cayer
United States Magistrate Judge